# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CRYSTAL LOVE,

                Plaintiff,

vs.

CULLIGAN WATER COMPANY OF NEVADA, INC.,

                Defendants.

Case No. 2:10-cv-02129-JCM-PAL

**ORDER**

(Mtn to Withdraw - Dkt. #6)

This matter is before the court on the Motion to Withdraw as Counsel of Record (Dkt. #6) filed December 16, 2010. Sharon Nelson seeks to withdraw as counsel of record for Plaintiff Crystal Love. The Motion represents that the relationship between Plaintiff and her counsel has deteriorated, and counsel is unable to contact Plaintiff. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." This case was removed to this court on December 8, 2010.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (Dkt. #6) is GRANTED.
2. Plaintiff shall have until **January 3, 2011,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that she will be proceeding *pro se.*
3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

/ / /

/ / /

4. The Clerk of Court shall serve a copy of this Order on Plaintiff at:

> Crystal Love
> 2804 Dorset Ave.
> Henderson, NV 89074

Dated this 16th day of December, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE